# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **Chapter 11 filed by Saridakis Construction, Inc. on January 6, 2009, case no: 2:09-bk-10214-AA**
    **case dismissed on September 11, 2009.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    **Beverly Hills**                              , California.          **/s/ Menelaos Saridakis**
                                                                                      **Menelaos Saridakis**
                                                                                      *Debtor*
Dated          **April 29, 2010**

                                                                                      **/s/ Lisa Saridakis**
                                                                                      **Lisa Saridakis**
                                                                                      *Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 1015-2.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

B201 - Notice of Available Chapters (Rev. 12/08)                                          USBC, Central District of California

Name:    **Michael Jay Berger 100291**
Address:    **9454 Wilshire Boulevard**
         **6th Floor**
         **Beverly Hills, CA 90212-2929**
Telephone:    **(310) 271-6223**        Fax:    **(310) 271-9805**

■ Attorney for Debtor
☐ Debtor in Pro Per

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| List all names including trade names, used by Debtor(s) within last 8 years: | Case No.: **2:10-bk-24580-BR** |
| **Menelaos Saridakis**<br>**Lisa Saridakis**<br>    **DBA Saridakis Construction, Inc.**<br>    **AKA Lisa White; DBA Saridakis Construction, Inc.** | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.    **Services Available from Credit Counseling Agencies**

    **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

    **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge**. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2.    **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

    **Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**

    1.    Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
    2.    Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
    3.    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.  ## Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Menelaos Saridakis** | | X | **/s/ Menelaos Saridakis** | **April 29, 2010** |
| **Lisa Saridakis** | | | | |
| Printed Name of Debtor | | | Signature of Debtor | Date |
| | | | | |
| Case No. (if known)  **2:10-bk-24580-BR** | | X | **/s/ Lisa Saridakis** | **April 29, 2010** |
| | | | Signature of Joint Debtor (if any) | Date |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Menelaos Saridakis,**
       **Lisa Saridakis**

Debtors    ,

Case No.   **2:10-bk-24580-BR**

Chapter       **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 6,214,012.49 | | |
| B - Personal Property | Yes | 6 | 163,454.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 7,884,986.78 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 102,862.95 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 6,449,661.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 13 | | | 30,516.22 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 38,586.96 |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| | Total Assets | | 6,377,466.49 | | |
| | | Total Liabilities | | 14,437,511.67 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Central District of California

In re  **Menelaos Saridakis,**
      **Lisa Saridakis,**

Case No.  **2:10-bk-24580-BR**

                                        Debtors

Chapter             **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 102,862.95 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 102,862.95 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 30,516.22 |
| Average Expenses (from Schedule J, Line 18) | 38,586.96 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,239.55 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 1,531,799.29 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 102,862.95 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 6,449,661.94 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 7,981,461.23 |

B6A (Official Form 6A) (12/07)

.

In re    **Menelaos Saridakis,**                                                    Case No.   **2:10-bk-24580-BR**
         **Lisa Saridakis,**
                                                              ,
                                   Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Joint debtor's principal residence:**<br><br>**654 S. Irena Ave**<br>**Redondo Beach, CA 90277**<br><br>**Beds: 5, Baths: 4, Sqft: 4,028, Lot: 6,000** | **100% fee simple** | **J** | **1,667,500.00** | **2,019,177.68** |
| **Debtor's principal residence:**<br><br>**607 S. Getruda Ave**<br>**Redondo Beach, CA 90277**<br><br>**Beds: 5, Baths: 5, Sqft: 4,671, Lot: 6,530**<br>**Estimated value per comparable markets** | **100% fee simple** | **J** | **1,400,000.00** | **1,615,215.00** |
| **Property located at:**<br><br>**#5 Arianthi, Hraklion**<br>**Crete, Greece.** | **100% fee simple, debtor is the only person on title** | **H** | **2,246,512.49** | **2,748,470.10** |
| **Investment property located on # 4 Poppy Trail, Rolling Hills Estate, CA 90275.** | **50% interest** | **C** | **900,000.00** | **1,300,000.00** |

| | | |
|---|---|---|
| Sub-Total > | **6,214,012.49** | (Total of this page) |
| Total > | **6,214,012.49** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Menelaos Saridakis,**                     Case No.  **2:10-bk-24580-BR**
         **Lisa Saridakis**
                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **In debtors' possession: Cash on hand.** | **C** | 30.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business checking account ending in 4988 Bay Cities Bank 1333 South Pacific Coast Hwy. Redondo Beach, CA 90277** | **W** | 100.00 |
| | | **Checking account ending in 0963 Wells Fargo 301 South Pacific Coast Highway, Redondo Beach 90277** | **W** | 120.00 |
| | | **Checking account ending in 1620 Chase Bank 1600 S. Pacific Coast Hwy Redondo Beach, CA** | **W** | 529.00 |
| | | **Business checking account ending in 2736 Chase Bank 1600 S. Pacific Coast Hwy Redondo Beach, CA** | **C** | 2,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **In debtors' principal residence: 2 king size beds, 3 queen size beds, 1 sectional couch, 3 couches, 4 chairs, 2 desks, 3 coffee tables, 3, 42" Sony televisions, 1 couch, 1 desk with a chair, Durabook lap top and a Sony Lap top, 2 refrigerators, 2 stoves, 2 microwaves, 2 washers and 2 dryers, 4 hallway floor carpets, 3 patio chase lounge chairs, 4 patio chairs and 1 center table, 1 patio couch with small 15" table, 1 exterior BBQ, 3 floor lamps, 5 bedroom dressers, 2 night stands, 1 bedroom tall table with 3 chairs, kitchen utensils and appliances.** | **C** | 10,000.00 |

|  | Sub-Total > | 12,779.00 |
|---|---|---|
|  | (Total of this page) | |

  **5**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Menelaos Saridakis,**
       **Lisa Saridakis,**

Case No. **2:10-bk-24580-BR**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **In debtors' principal residence: Clothing and shoes.** | C | 2,000.00 |
| 7. Furs and jewelry. | | **In debtors' possession: 2 silver 18" necklaces, 1, 14 carat gold Seiko watch.** | C | 2,500.00 |
| | | **Wife: 1, carat 14 gold Seiko watch. 5 pairs of gold earrings (small and big hoops, studs), 14 carat wedding ring with ½ karat diamond and 2 silver bracelets.** | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% interest in Saridakis Construction, Inc Estimated assets $900,000.00 Property located on # 4 Poppy trail, Rolling hills Estate, CA 90275 Estimated liabilities $1,100,000.00 loan** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total >     4,500.00
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Menelaos Saridakis,**
    **Lisa Saridakis,**
Case No.   **2:10-bk-24580-BR**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **In debtors' principal residence: 2005 Dodge Ram with 60,000 miles and in fair condition. Vehicle is paid in full. Estimated value per kbb.com** | C | 7,000.00 |

Sub-Total >     7,000.00
(Total of this page)

Sheet  **2**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Menelaos Saridakis,**                                                    Case No.   **2:10-bk-24580-BR**
        **Lisa Saridakis,**
_____,
                                      Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | In debtors' principal residence: 2008 Chevrolet Silverado 2500 Pickup HD Crew Cab short bed in good condition with 25,000 miles. No mechanical defects. Financed through GMAC. 42 payments remaining. | C | 23,225.00 |
| | | In debtors' principal residence: 2008 BMW 1 Series 135i Coupe 2D with 20,000 miles in fair condition. Dent on rear in the right hand side. Leased with BMW Financial with 26 payments left. | C | 0.00 |
| | | In debors' principal residence: 2007 Denali Yukon with 65,000 miles in fair condition. Scraped panel on right hand side. No mechanical defects. Leased with GMC with 18 payments left on contract.<br><br>Debtors will surrender the vehicle. | C | 0.00 |
| | | In debtor's principal residence: 2006 Range Rover 57,000 miles in fair condition financed through Platinum Auto Leasing. Balloon due on 10/10. Debtor working with creditor to extend the Balloon. | H | 26,500.00 |
| 26.   Boats, motors, and accessories. | | In debtors' principal residence: 2001 31' Warlock Cat in poor condition.  Note matured on 3/2010. Debtor is currently working with creditor on acquiring a two-year extension to repay the note. | C | 60,000.00 |
| | | In debtors' principal residence: 2007 Rhino in fair condition. Note matured on 3/2010. Debtor is currently working with creditor on acquiring a two-year extension to repay the note. | C | 5,000.00 |
| | | In debtors' principal residence: 2005 Polaris Quad Runner. Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two-year extension to repay the note. | C | 2,000.00 |
| | | In debtors' principal residence: 1996 Yamaha Warrior Fair Quad Runner.  Note matured on 4/2010. Debtor is working with creditor on acquiring a two-year extension to repay the note. | C | 1,000.00 |
| | | In debtors' principal residence: 1997 Yamaha Banchee Quad Runners.  Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two-year extension to repay the note. | C | 1,200.00 |

Sub-Total >          118,925.00
(Total of this page)

Sheet   **3**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Menelaos Saridakis,**                                        Case No.   **2:10-bk-24580-BR**
          **Lisa Saridakis,**

                                              Debtors                ,
                           **SCHEDULE B - PERSONAL PROPERTY**
                                        (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | In debtors' principal residence: 2000 150 Yamaha Quad.  Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two-year extension to repay the note. | C | 450.00 |
| | | In debtors' principal residence: 1997 Seadoo GS Wave Runner.  Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two-year extension to repay the note. | C | 800.00 |
| | | In debtors' principal residence: 2001 Seadoo RX 2 seater wave runner.  Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two-year extension to repay the note. | C | 1,000.00 |
| | | In debtors' principal residence: 1999 Seadoo Wave Runner GSX.  Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two-year extension to repay the note. | C | 1,000.00 |
| | | In debtors' principal residence: 2005 Bennington Pontoon Boat.  Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two-year extension to repay the note. | C | 15,000.00 |
| | | In debtors' principal residence: 1993 Ski Centurion boat. Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two-year extension to repay the note. | C | 2,000.00 |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |

                                                    Sub-Total >          **20,250.00**
                                                 (Total of this page)

Sheet   **4**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **Menelaos Saridakis,**
     **Lisa Saridakis**

Case No.   **2:10-bk-24580-BR**

Debtors ,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **163,454.00** |

Sheet  **5**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re   **Menelaos Saridakis,**                                              Case No.   **2:10-bk-24580-BR**
        **Lisa Saridakis**
                                                                    ,
                                   Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                            *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| In debtors' possession: Cash on hand. | C.C.P. § 703.140(b)(5) | 30.00 | 30.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Business checking account ending in 4988 **Bay Cities Bank** **1333 South Pacific Coast Hwy.** **Redondo Beach, CA 90277** | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Checking account ending in 0963** **Wells Fargo** **301 South Pacific Coast Highway,** **Redondo Beach 90277** | C.C.P. § 703.140(b)(5) | 120.00 | 120.00 |
| **Checking account ending in 1620** **Chase Bank** **1600 S. Pacific Coast Hwy** **Redondo Beach, CA** | C.C.P. § 703.140(b)(5) | 529.00 | 529.00 |
| **Business checking account ending in 2736** **Chase Bank** **1600 S. Pacific Coast Hwy** **Redondo Beach, CA** | C.C.P. § 703.140(b)(5) | 2,000.00 | 2,000.00 |
| **Household Goods and Furnishings** | | | |
| In debtors' principal residence: 2 king size beds, 3 queen size beds, 1 sectional couch, 3 couches,  4 chairs, 2 desks, 3 coffee tables, 3, 42" Sony televisions, 1 couch, 1 desk with a chair, Durabook lap top and a Sony Lap top, 2 refrigerators, 2 stoves, 2 microwaves, 2 washers and 2 dryers,  4 hallway floor carpets, 3 patio chase lounge chairs, 4 patio chairs and 1 center table, 1 patio couch with small 15" table, 1 exterior BBQ, 3 floor lamps, 5 bedroom dressers, 2 night stands, 1 bedroom tall table with 3 chairs, kitchen utensils and appliances. | C.C.P. § 703.140(b)(3) | 10,000.00 | 10,000.00 |
| **Wearing Apparel** | | | |
| In debtors' principal residence: Clothing and shoes. | C.C.P. § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **Furs and Jewelry** | | | |
| In debtors' possession: 2 silver 18" necklaces, 1, 14 carat gold Seiko watch. | C.C.P. § 703.140(b)(4)  C.C.P. § 703.140(b)(5) | 1,350.00  1,150.00 | 2,500.00 |
| **Wife: 1, carat 14 gold Seiko watch. 5 pairs of gold earrings (small  and big hoops, studs), 14 carat wedding ring with ½ karat diamond and 2 silver bracelets.** | | | |

____1____ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    **Menelaos Saridakis,**                           Case No.   **2:10-bk-24580-BR**
         **Lisa Saridakis**

                                       Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **In debtors' principal residence: 2005 Dodge Ram with 60,000 miles and in fair condition. Vehicle is paid in full. Estimated value per kbb.com** | **C.C.P. § 703.140(b)(2)**<br>**C.C.P. § 703.140(b)(5)** | **3,525.00**<br>**3,475.00** | **7,000.00** |
| | | Total: **24,279.00** | **24,279.00** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Menelaos Saridakis,**                                         Case No. __2:10-bk-24580-BR__
         **Lisa Saridakis,**
                                                            ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **n/a**<br><br>**Aleko Smirniotis**<br>**4628 Mission Blvd.,**<br>**San Diego, CA 92109** | | C | **4/2008**<br>**Lien holder**<br>**In debtors' principal residence: 2005 Bennington Pontoon Boat. Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two year extension to repay the note.** | | | | | |
| | | | Value $             **15,000.00** | | | | **15,000.00** | **0.00** |
| Account No. **n/a**<br><br>**Aleko Smirniotis**<br>**4628 Mission Blvd.,**<br>**San Diego, CA 92109** | | C | **Lien holder**<br><br>**In debtors' principal residence: 1993 Ski Centurion boat. Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two year extension to repay the note.** | | | | | |
| | | | Value $              **2,000.00** | | | | **2,000.00** | **0.00** |
| Account No. **xxxxxx8013**<br><br>**Bmw Financial Services**<br>**Po Box 3608**<br>**Dublin, OH 43016** | | C | **Opened  3/01/08  Last Active 12/30/09**<br>**Automobile lease**<br>**In debtors' principal residence:  2008 BMW 1 Series 135i Coupe 2D with 20,000 miles in fair condition. Dent on rear in the right hand side. Leased with BMW Financial with 26 payments left.** | | | | | |
| | | | Value $                   **0.00** | | | | **19,759.00** | **19,759.00** |
| Account No. **xxxxxxxxx4325**<br><br>**Chase**<br>**Po Box 1093**<br>**Northridge, CA 91328** | | C | **Opened 11/01/03  Last Active 11/14/09**<br>**1st Deed of Trust**<br>**Joint debtor's principal residence:**<br>**654 S. Irena Ave**<br>**Redondo Beach, CA 90277**<br>**Beds: 5, Baths: 4, Sqft: 4,028, Lot: 6,000** | | | | | |
| | | | Value $          **1,667,500.00** | | | | **780,361.00** | **0.00** |

__4__   continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **817,120.00** | **19,759.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Menelaos Saridakis,**                                               Case No.  __2:10-bk-24580-BR__
       **Lisa Saridakis,**

_____,
                           Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx1177 <br><br> **Chase** <br> **Po Box 1093** <br> **Northridge, CA 91328** | | C | **Opened  8/01/06  Last Active 11/25/09** <br> **First Deed of Trust** <br> **Debtor's principal residence:** <br> **607 S. Getruda Ave** <br> **Redondo Beach, CA 90277** <br> **Beds: 5, Baths: 5, Sqft: 4,671, Lot: 6,530** <br> **Estimated value per comparable markets** | | | | | |
| | | | Value $          **1,400,000.00** | | | | **1,295,215.00** | **0.00** |
| Account No. xxxx8515 <br><br> **Creditors Adjustment Bureau** <br> **14226 Ventura Blvd.** <br> **Sherman Oaks, CA 91423** | | C | **4/2009** <br> **Lien holder** <br> **Joint debtor's principal residence:** <br> **654 S. Irena Ave** <br> **Redondo Beach, CA 90277** <br> **Beds: 5, Baths: 4, Sqft: 4,028, Lot: 6,000** | | | | | |
| | | | Value $          **1,667,500.00** | | | | **38,816.68** | **0.00** |
| Account No. n/a <br><br> **Don Mosebar** <br> **1713 Walnut Ave** <br> **Manhattan Beach, CA 90266** | | C | **9/14/2004** <br><br> **Mortgage holder** <br><br> **Investment property located on # 4 Poppy Trail, Rolling Hills Estate, CA 90275.** | | | | | |
| | | | Value $          **900,000.00** | | | | **1,300,000.00** | **400,000.00** |
| Account No. xxxxxxxx7027 <br><br> **GMAC** <br> **POB 380902** <br> **Minneapolis, MN 55438** | | C | **Opened  3/01/08  Last Active 12/17/09** <br> **Automobile loan** <br> **In debtors' principal residence: 2008 Chevrolet Silverado 2500 Pickup HD Crew Cab short bed  in good condition with 25,000 miles. No mechanical defects. Financed through GMAC. 42 payments remaining.** | | | | | |
| | | | Value $          **23,225.00** | | | | **40,716.00** | **17,491.00** |
| Account No. xxxxxxxx6569 <br><br> **GMAC** <br> **P O Box 380901** <br> **Minneapolis, MN 55438** | | C | **Opened  6/01/07  Last Active 12/30/09** <br> **Automobile lease** <br> **In debors' principal residence: 2007 Denali Yukon with 65,000 in fair condition. Scraped panel on right hand side. No mechanical defects. Leased with GMC with 18 payments left on contract.** | | | | | |
| | | | Value $          **0.00** | | | | **17,199.00** | **17,199.00** |

Sheet __1__ of __4__ continuation sheets attached to                       Subtotal                    **2,691,946.68**          **434,690.00**
Schedule of Creditors Holding Secured Claims                        (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re    **Menelaos Saridakis,**
     **Lisa Saridakis**                                        Case No.    **2:10-bk-24580-BR**

                                        Debtors           ,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **n/a** <br><br> **Harisios Dokas** <br> **28423 Covecrest Dr.** <br> **Rancho Palos Verdes, CA 90275** | | C | 3/2007 <br> Lien holder <br> In debtors' principal residence: 2001 31' Warlock Cat in poor condition. Note matured on 3/2010. Debtor is currently working with creditor on acquiring a two year extension to repay the note. | | | | | |
| | | | Value $         **60,000.00** | | | | **60,000.00** | **0.00** |
| Account No. **n/a** <br><br> **Harisios Dokas** <br> **28423 Covecrest Dr.** <br> **Rancho Palos Verdes, CA 90275** | | C | 2007 <br> Lien holder <br> In debtors' principal residence: 2007 Rhino in fair condition. Note matured on 3/2010. Debtor is currently working with creditor on acquiring a two year extension to repay the note. | | | | | |
| | | | Value $         **5,000.00** | | | | **5,000.00** | **0.00** |
| Account No. **xxxxxxxxx4083** <br><br> **National Bank of Greece** <br> **Hraklion, Crete, Greece** | | H | Mortgage holder <br><br> Property located at: <br><br> #5 Arianthi, Hraklion Crete, Greece. | | | | | |
| | | | Value $      **2,246,512.49** | | | | **2,748,470.10** | **501,957.61** |
| Account No. **n/a** <br><br> **Paschalis Koutzmbis** <br> **101 Broadway** <br> **Chula Vista, CA 91910** | | C | 4/2008 <br> Lien holder <br> In debtors' principal residence: 2005 2005 Polaris Quad Runner. Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two year extension to repay the note. | | | | | |
| | | | Value $         **2,000.00** | | | | **2,000.00** | **0.00** |
| Account No. **n/a** <br><br> **Paschalis Koutzmbis** <br> **101 Broadway** <br> **Chula Vista, CA 91910** | | C | 4/2008 <br> Lien holder <br> In debtors' principal residence: 1997 Yamaha Banchee Quad Runners, Property is in debtors name. Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two year extension to repay the note. | | | | | |
| | | | Value $         **1,200.00** | | | | **1,200.00** | **0.00** |

Sheet   **2**   of   **4**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                  Subtotal | **2,816,670.10** | **501,957.61**
                            (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Menelaos Saridakis,**                                              Case No.   **2:10-bk-24580-BR**
       **Lisa Saridakis,**
_____
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **n/a** <br><br> **Paschalis Koutzmbis 101 Broadway Chula Vista, CA 91910** | | C | **4/2008 Lien holder In debtors' principal residence: 1997 Seadoo GS Wave Runner. Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two year extension to repay the note.** | | | | | |
| | | | Value $ **800.00** | | | | **800.00** | **0.00** |
| Account No. **n/a** <br><br> **Paschalis Koutzmbis 101 Broadway Chula Vista, CA 91910** | | C | **4/2008 Lien holder In debtors' principal residence: 2001 Seadoo RX 2 seater wave runner. Note matured on 4/2010. Debtor is currently working with creditor on another two year extension.** | | | | | |
| | | | Value $ **1,000.00** | | | | **1,000.00** | **0.00** |
| Account No. **n/a** <br><br> **Paschalis Koutzmbis 101 Broadway Chula Vista, CA 91910** | | C | **4/2008 Lien holder In debtors' principal residence: 1999 Seadoo Wave Runner GSX.  Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two-year extension to repay the note.** | | | | | |
| | | | Value $ **1,000.00** | | | | **1,000.00** | **0.00** |
| Account No. **n/a** <br><br> **Paschalis Koutzmbis 101 Broadway Chula Vista, CA 91910** | | C | **4/2008 Lien holder In debtors' principal residence: 1996 Yamaha Warrior Fair Quad Runner. Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two year extension to repay the note.** | | | | | |
| | | | Value $ **1,000.00** | | | | **1,000.00** | **0.00** |
| Account No. **n/a** <br><br> **Paschalis Koutzmbis 101 Broadway Chula Vista, CA 91910** | | C | **4/2008 Lien holder In debtors' principal residence: 2000 150 Yamaha Quad.  Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two year extension to repay the note.** | | | | | |
| | | | Value $ **450.00** | | | | **450.00** | **0.00** |

Sheet  **3**   of  **4**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal <br> (Total of this page) | **4,250.00** | **0.00** |
|---|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Menelaos Saridakis,**
  **Lisa Saridakis**
                                                                                        Case No.   **2:10-bk-24580-BR**
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **Saridakis**<br><br>**Platinum Auto Leasing**<br>**610 N. Pacific Coast Hwy**<br>**Redondo Beach, CA 90277** | | | C | | 2009<br>Automobile loan<br>In debtor's principal residence: 2006 Range Rover 57,000 miles in fair condition financed through Platinum Auto Leasing. Balloon due on 10/10. Debtor working with creditor to extend the Balloon. | | | | | |
| | | | | | Value $             26,500.00 | | | | 35,000.00 | 8,500.00 |
| Account No. **Saridakis**<br><br>**Rachida Abou Fadel**<br>**825 5th St.**<br>**Manhattan Beach, CA 90266** | | | C | | 2005<br>Second Deed of Trust<br>Debtor's principal residence:<br>607 S. Getruda Ave<br>Redondo Beach, CA 90277<br>Beds: 5, Baths: 5, Sqft: 4,671, Lot: 6,530<br>Estimated value per comparable markets | | | | | |
| | | | | | Value $          1,400,000.00 | | | | 320,000.00 | 215,215.00 |
| Account No. **Saridakis**<br><br>**William Campbell**<br>**100 The Strand**<br>**Hermosa Beach, CA 90254** | | | C | | 2005<br>2nd Trust Deed<br>Joint debtor's principal residence:<br>654 S. Irena Ave<br>Redondo Beach, CA 90277<br>Balloon matured: 3/6/2006. Debtor is working with creditor to extend the balloon. | | | | | |
| | | | | | Value $          1,667,500.00 | | | | 1,200,000.00 | 351,677.68 |
| Account No.<br><br><br><br><br><br> | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No.<br><br><br><br><br><br> | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  **4**   of  **4**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | 1,555,000.00 | 575,392.68 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 7,884,986.78 | 1,531,799.29 |

B6E (Official Form 6E) (4/10)

.

In re   **Menelaos Saridakis,**                                                        Case No.   __2:10-bk-24580-BR__
        **Lisa Saridakis**
_____,
                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Menelaos Saridakis,**
         **Lisa Saridakis**
                                                    Case No.    **2:10-bk-24580-BR**
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **6941** <br><br> **Franchise Tax Board** <br> **PO Box 942867** <br> **Sacramento, CA 94267-0011** | H | | | **2007** <br><br> **Owed taxes** | | | | **1,862.95** | **0.00** <br><br><br> **1,862.95** |
| Account No. **6941** <br><br> **Franchise Tax Board** <br> **PO Box 942867** <br> **Sacramento, CA 94267-0011** | C | | | **2005 to 2006** <br><br> **Owed taxes** | | | | **101,000.00** | **0.00** <br><br><br> **101,000.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  __1__  of  __1__   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **0.00** <br> 102,862.95 | <br> 102,862.95 |
| Total <br> (Report on Summary of Schedules) | **0.00** <br> 102,862.95 | <br> 102,862.95 |

B6F (Official Form 6F) (12/07)

In re    **Menelaos Saridakis,**                                                          Case No.   **2:10-bk-24580-BR**
         **Lisa Saridakis,**

                                                                    ,
                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxxxxxx8693 <br><br> **American Express** <br> **c/o Becket and Lee** <br> **Po Box 3001** <br> **Malvern, PA 19355** | C | | | | **Opened 2/14/00  Last Active  2/17/09** <br> **Credit Card** | | | | **59,114.00** |
| Account No. xxxx4002 <br><br> **American First Credit** <br> **700 N Harbor Blvd** <br> **La Habra, CA 90631** | | H | | | **Opened 6/01/07  Last Active 10/22/08** <br> **Repossessed Lamborghini Murcielago LP640** | | | | **290,276.56** |
| Account No. xxxx4001 <br><br> **American First Credit** <br> **700 N Harbor Blvd** <br> **La Habra, CA 90631** | | H | | | **Opened 6/01/06  Last Active  8/26/09** <br> **Repossessed Porsche Cayenne Turbo S** | | | | **34,777.00** |
| Account No. xxxxxxxxxxx3346 <br><br> **Aspire/cb&t** <br> **Po Box 105555** <br> **Atlanta, GA 30348** | | W | | | **Opened 3/01/97  Last Active 10/02/07** <br> **Credit Card** | | | | **8,976.00** |

|  |  |
|---|---|
| __6__ continuation sheets attached | Subtotal (Total of this page) **393,143.56** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      S/N:24271-100426   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Menelaos Saridakis,**
     **Lisa Saridakis**
                                                ,
Debtors

Case No.   **2:10-bk-24580-BR**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx9407** <br><br> **At & T Mobility** <br> **c/o Collection Company Of** <br> **700 Longwater Dr** <br> **Norwell, MA 02061** | | H | | | **Opened 8/01/09** <br> **Account in collection.** | | | | 7,169.00 |
| Account No. **9539** <br><br> **Bank Of America** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | | H | | | **Opened 5/01/02 Last Active 4/09/09** <br> **Credit Card** | | | | 50,379.00 |
| Account No. **1147** <br><br> **Bank Of America** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | | H | | | **Opened 5/01/06 Last Active 7/20/09** <br> **Credit Card** | | | | 25,370.00 |
| Account No. **n/a** <br><br> **Bay View Pool** <br> **110 The Village** <br> **Unit 209** <br> **Redondo Beach, CA 90277** | | C | | | **2008** <br> **Pool services** | | | | 1,050.00 |
| Account No. **xxxxxxx5337** <br><br> **Capital 1 Bank** <br> **Attn: C/O TSYS Debt Management** <br> **Po Box 5155** <br> **Norcross, GA 30091** | | W | | | **Opened 1/01/96 Last Active 1/20/10** <br> **Credit Card** | | | | 4,470.00 |

Sheet no. **1** of **6** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

88,438.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Menelaos Saridakis,**
       **Lisa Saridakis**
_____,
                        Debtors

Case No.  **2:10-bk-24580-BR**
_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0053**  **Chase** **Attn: Bankruptcy Dept.** **POB 100018** **Kennesaw, GA 30156** | | H | Opened 8/01/00 Last Active 12/11/08 Credit card | | | | 1,783.00 |
| Account No. **8778**  **Chase** **P.O. Box 1093** **Northridge, CA 91328** | | C | Opened 1/01/06 last active 11/19/09 2812 Paseo Del Mar Palos Verdes Estates, CA 90274  Debtor is only on the loan. It was reconveyed on March 9, 2010 to lien holder Raju Chhabria | X | X | X | 3,350,437.00 |
| Account No. **xxxxxx2322**  **Cox Communications Palos Verde** **c/o Credit Control Corp** **11821 Rock Landing** **Newport News, VA 23612** | | H | Opened 7/01/09 Last Active 9/21/09 Collection | | | | 119.00 |
| Account No. **xxxx1015**  **DCFS Trust** **c/o Macdowell & Associates** **3636 Birch Street, Suite 290** **Newport Beach, CA 92660** | | H | 2009 Repossessed 2008 Mercedes Benz CL65 | | | | 78,287.19 |
| Account No. **xx-xxxx/xxxx4521**  **Devirian & Shinmoto** **c/o A & A Ready Mix Concrete, Inc.** **11400 W. Olympic Blvd.** **Suite 200** **Los Angeles, CA 90064** | | W | 2009 Judgment | | | | 10,840.66 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,441,466.85

B6F (Official Form 6F) (12/07) - Cont.

In re  **Menelaos Saridakis,**
       **Lisa Saridakis**
                                                                    Case No.  **2:10-bk-24580-BR**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7391** | | | Opened 10/01/09 Collection | | | | |
| **Direct TV c/o Allied Interstate Inc 435 Ford Rd Ste 800 Directv Minneapolis, MN 55426** | | H | | | | | 130.00 |
| Account No. **Saridakis** | | | 2008 Personal loan. | | | | |
| **Eli Yeshaya 2041A Pacific Coast Highway Lomita, CA 90717** | | C | | | | | 350,000.00 |
| Account No. **xxxxxxxxxxxx8054** | | | Opened  5/01/88  Last Active  2/20/09 Credit card | | | | |
| **HSBC PO Box 60119 City Of Industry, CA 91716** | | H | | | | | 14,436.00 |
| Account No. **Saridakis** | | | 2008 Foreclosed property located at: | | | | |
| **John and Barbara Cutler 2535 W. 237th Street Suite 111 Torrance, CA 90505** | | C | 1008 Arlington Ave. Torrance, CA 90501 Estimated value at time of foreclosure $825,000.00 | X | X | X | 250,000.00 |
| Account No. **xxxx8843** | | | 2009 Pending judgment | | | | |
| **Lighting Zone, Inc. c/o Hong & Mashal, LLP. 1875 Century Park East Suite 600 Los Angeles, CA 90067-2507** | | C | | X | X | X | 27,641.93 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

642,207.93

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Menelaos Saridakis,**
 **Lisa Saridakis**

Case No.  **2:10-bk-24580-BR**

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx4501**<br><br>**Little Company Of Mary Hosp**<br>**c/o California Business Bu**<br>**1711 S Mountain Ave**<br>**Monrovia, CA 91016** | C | | | Opened  8/01/08<br>Collection | | | | 800.00 |
| Account No. **xxxxxxxx1620**<br><br>**Macys/fdsb**<br>**Macy's Bankruptcy**<br>**Po Box 8053**<br>**Mason, OH 45040** | W | | | Opened 10/01/85  Last Active 12/14/09<br>Charge Account | | | | 645.00 |
| Account No. **xxxxxxxxx8720**<br><br>**Macys/fdsb**<br>**Macy's Bankruptcy**<br>**Po Box 8053**<br>**Mason, OH 45040** | H | | | Opened  9/01/08  Last Active 12/22/08<br>Charge Account | | | | 345.00 |
| Account No. **Saridakis**<br><br>**Michelle Campbell**<br>**433 Paseo De La Playa**<br>**Redondo Beach, CA 90277** | C | | | 2008<br>Personal loan | | | | 500,000.00 |
| Account No. **xxxxx4584**<br><br>**Nordstrom FSB**<br>**Attention:  Bankruptcy Department**<br>**Po Box 6566**<br>**Englewood, CO 80155** | W | | | Opened 11/01/85  Last Active 12/15/09<br>Charge Account | | | | 4,232.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

506,022.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Menelaos Saridakis,**                                          Case No.   **2:10-bk-24580-BR**
        **Lisa Saridakis**
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0353**<br><br>**Progressive West Insurance Com**<br>**Po Box 9134**<br>**Needham, MA 02494** | | H | Unpaid insurance | | | | **751.00** |
| Account No. **xxxx9536**<br><br>**Putnam Leasing Company, Inc., Etc.**<br>**c/o Herzlich & Blum, LLP.**<br>**15760 Ventura Blvd.**<br>**Suite 2024**<br>**Encino, CA 91436** | | H | 1/2010<br>**Judgment on repossessed 2006 Ferrari F 430 Spider.** | | | | **86,775.00** |
| Account No. **Saridakis**<br><br>**Raju Chhabria**<br>**500 Sepulveda #303**<br>**Manhattan Beach, CA 90266** | | C | 08/28/2007<br>**2812 Paseo Del Mar**<br>**Palos Verdes Estates, CA 90274**<br><br>**Debtor is only on the loan. It was reconveyed on March 9, 2010 to lien holder Raju Chhabria** | X | X | X | **500,000.00** |
| Account No. **Saridakis**<br><br>**Robert Swanson**<br>**23133 Hawthorne Blvd 3rd floor**<br>**Torrance, CA 90505** | | C | 08/2008<br>**2812 Paseo Del Mar**<br>**Palos Verdes Estates, CA 90274**<br><br>**Debtor is only on the loan. It was reconveyed on March 9, 2010 to lien holder Raju Chhabria** | X | X | X | **626,000.00** |
| Account No. **xxxxxxx3234**<br><br>**Sears/cbsd**<br>**701 East 60th St N**<br>**Sioux Falls, SD 57117** | | W | Opened 10/01/93  Last Active 12/16/09<br>**Charge Account** | | | | **989.00** |

Sheet no. **5** of **6** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,214,515.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Menelaos Saridakis,**
**Lisa Saridakis**

Case No.   **2:10-bk-24580-BR**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx8333** | | | | Opened 12/01/00 Last Active 1/21/10 Credit Card | | | | |
| **Shell Oil / Citibank** **Attn.: Centralized Bankruptcy** **Po Box 20507** **Kansas City, MO 64195** | | W | | | | | | 806.00 |
| Account No. **n/a** | | | | 2009 Carpet service. | | | | |
| **South Bay Carpets** **c/o Rumson & Bolling, Assoc.** **4570 Van Nuys Blvd.,#331** **Sherman Oaks, CA 91403** | | C | | | | | | 8,583.60 |
| Account No. **xxxxx8251** | | | | 4/2009 Repossessed 2008 Mercedes Benz CLK63 | | | | |
| **SRA Associates, Inc.** **401 Minnetonka Rd.** **Somerdale, NJ 08083** | | H | | | | | | 124,316.00 |
| Account No. **xxxxxxx9692** | | | | Opened 2/01/97 Last Active 12/26/09 Credit Card | | | | |
| **Tnb-visa** **Po Box 9475** **Minneapolis, MN 55440** | | W | | | | | | 20,808.00 |
| Account No. **xxxxxxxxxxx3294** | | | | Opened 8/01/00 Last Active 9/28/09 Credit Card | | | | |
| **Visdsnb** **Bankruptcy** **6356 Corley Rd** **Norcross, GA 30071** | | W | | | | | | 9,355.00 |

Sheet no. __6__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

163,868.60

Total
(Report on Summary of Schedules)

6,449,661.94

B6G (Official Form 6G) (12/07)

.

In re    **Menelaos Saridakis,**                                          Case No.  __**2:10-bk-24580-BR**__
     **Lisa Saridakis**

                                         ,
                                     Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bmw Financial Services**<br>**Po Box 3608**<br>**Dublin, OH 43016** | **2008 i135 BMW with 20,000 miles in fair condition. front  right front center and dent in back. 26 payments left. monthly payment is $774.00.** |
| **GMAC**<br>**POB 380902**<br>**Minneapolis, MN 55438** | **2008 Chevy Silverado 2500 truck in good condition with 25,000 miles. No mechanical defects. Small dent on back tail. Monthly payment: $981.00. 42 payments left.** |
| **GMAC**<br>**POB 380901**<br>**Minneapolis, MN 55438** | **2007 Denali Yukon with 45,000 in fair condition. Scraped back panel on right hand side. No mechanical defects. 18 payments left on contract. Monthly payment: $774.00.** |
| **Platinum Auto Leasing**<br>**610 N. Pacific Coast Hwy**<br>**Redondo Beach, CA 90277** | **2006 Range Rover 57,000 miles in fair condition financed through Platinum Auto Leasing. Balloon due on 10/10. Debtor working with creditor to extend the Balloon.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Menelaos Saridakis,**
    **Lisa Saridakis,**
                         Case No.   **2:10-bk-24580-BR**

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**      continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **Menelaos Saridakis
Lisa Saridakis**                                    Case No.   **2:10-bk-24580-BR**
_____                          _____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| **Separated** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation | **General Contractor (Self emp)** | **Office Manager (Self emp)** |
| Name of Employer | **Saridakis Construction, Inc** | **Saridakis Construction, Inc** |
| How long employed | **25 years** | **25 years** |
| Address of Employer | **654 S. Irena Ave.**<br>**Redondo Beach, CA 90277** | **654 S. Irena Ave.**<br>**Redondo Beach, CA 90277** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
| --- | --- | --- | --- | --- |
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **0.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
|    b.  Insurance | $ | **0.00** | $ | **0.00** |
|    c.  Union dues | $ | **0.00** | $ | **0.00** |
|    d.  Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **26,349.55** | $ | **4,166.67** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **26,349.55** | $ | **4,166.67** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **26,349.55** | $ | **4,166.67** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **30,516.22** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

# SARIDAKIS CONSTRUCTION

Period 3 to 3
For 1 Month Ending March 2010

REPORT #2-3
April 15, 2010
2:35 PM
Supervisor

Page #1

Operating Income

| | | |
|---|---|---|
| CONTRACT INCOME | $29,833.34 | |
| MISC INCOME | 132.00 | |
| Total Operating Income: | | $29,965.34 |

Direct Expense

| | | |
|---|---|---|
| MATERIALS | 22,998.37 | |
| SUB CONTRACTOS | 1,000.00 | |
| EQUIP. RENTAL | 479.84 | |
| Total Direct Expense: | 24,478.21 | |
| Total Direct & Equip/Shop Expense: | | 24,478.21 |
| Gross Profit: | | 5,487.13 |

Overhead Expense

| | | |
|---|---|---|
| TELEPHONE | 1,032.99 | |
| OFFICE EXPENSES | 226.95 | |
| BANK CHARGES | 334.00 | |
| LIABILITY INSURANCE | 2,166.00 | |
| AUTO & TRUCK EXPENSE | 4,305.98 | |
| MENELAOS SARIDAKIS | 3,200.00 | |
| OVERHEAD EXPENSES | 200.00 | |
| Total Overhead Expense: | 11,465.92 | |
| Total Indirect Expense | | 11,465.92 |

| | |
|---|---:|
| Income from Operations | (5,978.79) |
| Net Income Before Tax: | (5,978.79) |
| Net Income: | (5,978.79) |

# SARIDAKIS CONSTRUCTION

Period 2 to 2
For 1 Month Ending February 2010

REPORT #2-3
April 14, 2010
2:35 PM
Supervisor

Page #1

Operating Income

| CONTRACT INCOME | $1,200.00 | |
| Total Operating Income: | | $1,200.00 |

Direct Expense

| MATERIALS | 5,034.01 | |
| OUTSIDE SERVICES | 1,150.00 | |
| EQUIP. RENTAL | 125.84 | |
| Total Direct Expense: | 6,309.85 | |
| Total Direct & Equip/Shop Expense: | | 6,309.45 |
| Gross Profit: | | (5,109.85) |

Overhead Expense

| INSURANCE | 857.00 | |
| ACCT & LEGAL | 1,982.82 | |
| TELEPHONE | 392.58 | |
| OFFICE EXPENSES | 369.40 | |
| BANK CHARGES | 20.00 | |
| Total Overhead Expense: | 3,621.80 | |
| Total Indirect Expense | | 3,621.80 |
| Income from Operations | | (8,731.25) |

# SARIDAKIS CONSTRUCTION

Period 2 to 2
For 1 Month Ending February 2010

REPORT #2-3
April 14, 2010
2:35 PM
Supervisor

Page #1

---

Operating Income

| | | |
|---|---|---|
| CONTRACT INCOME | $1,200.00 | |
| Total Operating Income: | | $1,200.00 |

Direct Expense

| | | |
|---|---|---|
| MATERIALS | 5,034.01 | |
| OUTSIDE SERVICES | 1,150.00 | |
| EQUIP. RENTAL | 125.84 | |
| Total Direct Expense: | 6,309.85 | |
| Total Direct & Equip/Shop Expense: | | 6,309.45 |
| Gross Profit: | | (5,109.85) |

Overhead Expense

| | | |
|---|---|---|
| INSURANCE | 857.00 | |
| ACCT & LEGAL | 1,982.82 | |
| TELEPHONE | 392.58 | |
| OFFICE EXPENSES | 369.40 | |
| BANK CHARGES | 20.00 | |
| Total Overhead Expense: | 3,621.80 | |
| Total Indirect Expense | | 3,621.80 |
| Income from Operations | | (8,731.25) |

# SARIDAKIS CONSTRUCTION

Period 1 to 1
For 1 Month Ending January 2010

REPORT #2-3
April 14, 2010
2:15 PM
Supervisor

Page #1

Operating Income

| | | |
|---|---|---|
| CONTRACT INCOME | $37,297.62 | |
| MISC. INCOME | 240.00 | |
| Total Operating Income: | | $37,537.62 |

Direct Expense

| | | |
|---|---|---|
| MATERIALS | 8,665.62 | |
| EQUIP. RENTAL | 245.95 | |
| Total Direct Expense: | 8,911.57 | |
| Total Direct & Equip/Shop Expense: | | 8,911.57 |
| Gross Profit: | | 28,626.05 |

Overhead Expense

| | | |
|---|---|---|
| TAX & LICENSE | 294.00 | |
| OFFICE EXPENSES | 319.34 | |
| BANK CHARGES | 130.00 | |
| ACCT & LEGAL | 2,869.24 | |
| LIABILITY INSURANCE | 2,166.00 | |
| MENELAOS SARIDAKIS | 5,000.00 | |
| LISA SARIDAKIS | 5,000.00 | |
| Total Overhead Expense: | 15,778.58 | |
| Total Indirect Expense | | 15,778.58 |

| | |
|---|---|
| Income from Operations | 12,847.47 |
| Net Income Before Tax: | 12,847.47 |
| Net Income: | 12,847.47 |

# SARIDAKIS CONSTRUCTION

Period 12 to 12
For 1 Month Ending December 2009

REPORT #2-3
April 14, 2010
2:05 PM
Supervisor

Page #1

---

Operating Income

| | | |
|---|---|---|
| CONTRACT INCOME | $62,033.34 | |
| MISC. INCOME | 6,046.00 | |
| Total Operating Income: | | $68,079.34 |

Direct Expense

| | | |
|---|---|---|
| MATERIALS | 12,225.63 | |
| SUB CONTRACTORS | 4,000.00 | |
| OUTSIDE SERVICES | 6,900.00 | |
| EQUIP. RENTAL | 125.84 | |
| Total Direct Expense: | 23,251.47 | |
| Total Direct & Equip/Shop Expense: | | 23,251.47 |
| Gross Profit: | | 44,827.87 |

Overhead Expense

| | | |
|---|---|---|
| OFFICE EXPENSES | 137.83 | |
| BANK CHARGES | 18.50 | |
| ACCT & LEGAL | 5,000.00 | |
| LIABILITY INSURANCE | 8,532.00 | |
| AUTO & TRUCK EXPENSE | 2,600.00 | |
| MENELAOS SARIDAKIS | 6,000.00 | |
| LISA SARIDAKIS | 6,000.00 | |
| Total Overhead Expense: | 28,288.33 | |

| | |
|---|---|
| Total Indirect Expense | 28,288.33 |
| Income from Operations | 16,539.54 |
| Net Income Before Tax: | 16,539.54 |
| Net Income: | 16,539.54 |

# SARIDAKIS CONSTRUCTION

Period 11 to 11
For 1 Month Ending November 2009

REPORT #2-3
April 14, 2010
1:59 PM
Supervisor

Page #1

Operating Income

| CONTRACT INCOME | $46,970.00 | |
| MISC. INCOME | 210.35 | |
| Total Operating Income: | | $47,180.35 |

Direct Expense

| MATERIAL | 16,363.33 | |
| SUB CONTRACTORS | 5,668.56 | |
| EQUIP. RENTAL | 710.53 | |
| Total Direct Expense: | 22,742.42 | |
| Total Direct & Equip/Shop Expense: | | 22,742.42 |
| Gross Profit: | | 24,437.93 |

Overhead Expense

| TAX & LICENSE | 377.00 |
| TELEPHONE | 420.75 |
| OFFICE EXPENSE | 500.00 |
| BANK CHARGES | 230.19 |
| LIABILITY INSURANCE | 8,562.00 |
| LOAN REPAYMENT | 4,000.00 |
| MENELAOS SARIDAKIS | 8,001.00 |
| LISA SARIDAKIS | 7,375.00 |
| Total Overhead Expense: | 29,465.94 |

| Total Indirect Expense | 29,465.94 |
| Income from Operations | (5,028.01) |
| Net Income Before Tax: | (5,028.01) |
| Net Income: | (5,028.01) |

# SARIDAKIS CONSTRUCTION

Period 10 to 10
For 1 Month Ending October 2009

REPORT #2-3
April 14, 2010
1:55 PM
Supervisor

Page #1

---

Operating Income

| | | |
|---|---|---|
| CONTRACT INCOME | $4,000.00 | |
| MISC. INCOME | 100.00 | |
| Total Operating Income: | | $4,100.00 |

Direct Expense

| | | |
|---|---|---|
| EQUIP. RENTAL | 100.17 | |
| Total Direct Expense: | 100.17 | |
| Total Direct & Equip/Shop Expense: | | 100.17 |
| Gross Profit: | | 3,999.83 |

Overhead Expense

| | | |
|---|---|---|
| BANK CHARGES | 180.59 | |
| Total Overhead Expense: | 180.59 | |
| Total Indirect Expense | | 180.59 |
| Income from Operations | | 3,819.24 |
| Net Income Before Tax: | | 3,819.24 |
| Net Income: | | 3,819.24 |

Net Income Before Tax:          (8,731.25)

Net Income:                     (8,731.25)

B6J (Official Form 6J) (12/07)

In re  **Menelaos Saridakis**
**Lisa Saridakis**                                    Case No.  **2:10-bk-24580-BR**
                           Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

■  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included?              Yes ____          No  **X** | | |
| b. Is property insurance included?              Yes ____          No  **X** | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 160.00 |
| b. Water and sewer | $ | 90.00 |
| c. Telephone | $ | 220.00 |
| d. Other  **Gas** | $ | 70.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 80.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 140.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 675.00 |
| d. Auto | $ | 350.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 23,943.34 |
| 17. Other  **Greece property** | $ | 3,393.62 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 30,371.96 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Debtor is in process of negotiating a home loan modification and is waiting for approval in order to start making mortgage payments.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 30,516.22 |
| b.   Average monthly expenses from Line 18 above | $ | 38,586.96 |
| c.   Monthly net income (a. minus b.) | $ | -8,070.74 |

B6J (Official Form 6J) (12/07)

In re   **Menelaos Saridakis**
        **Lisa Saridakis**                                              Case No.   **2:10-bk-24580-BR**
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

## (Spouse's Schedule)

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | **0.00** |
| a. Are real estate taxes included?         Yes ___      No **X** | | |
| b. Is property insurance included?         Yes ___      No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | **270.00** |
| b. Water and sewer | $ | **150.00** |
| c. Telephone | $ | **170.00** |
| d. Other **Gas** | $ | **50.00** |
| 3. Home maintenance (repairs and upkeep) | $ | **200.00** |
| 4. Food | $ | **500.00** |
| 5. Clothing | $ | **100.00** |
| 6. Laundry and dry cleaning | $ | **25.00** |
| 7. Medical and dental expenses | $ | **100.00** |
| 8. Transportation (not including car payments) | $ | **100.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | **0.00** |
| 10. Charitable contributions | $ | **0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | **120.00** |
| b. Life | $ | **0.00** |
| c. Health | $ | **675.00** |
| d. Auto | $ | **0.00** |
| e. Other | $ | **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | **0.00** |
| 13. Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| a. Auto | $ | **981.00** |
| b. Other **2008 BMW 1 Series 135i Coupe 2D** | $ | **774.00** |
| c. Other | $ | **0.00** |
| 14. Alimony, maintenance, and support paid to others | $ | **0.00** |
| 15. Payments for support of additional dependents not living at your home | $ | **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | **4,000.00** |
| 17. Other | $ | **0.00** |
| Other | $ | **0.00** |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | **8,215.00** |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:

   **Debtor is in process of negotiationg a home loan modification and is waiting for approval in order to start making mortgage payments.**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re **Menelaos Saridakis**
**Lisa Saridakis**

Debtor(s)

Case No. **2:10-bk-24580-BR**

Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __42__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **April 29, 2010**

Signature **/s/ Menelaos Saridakis**
**Menelaos Saridakis**
Debtor

Date **April 29, 2010**

Signature **/s/ Lisa Saridakis**
**Lisa Saridakis**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California

In re
**Menelaos Saridakis**
**Lisa Saridakis**

Case No.    **2:10-bk-24580-BR**

Debtor(s)

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$200,000.00** | **2010: Gross YTD income from operation of business.** |
| **$173,000.00** | **2009: Gross income from operation of business.** |
| **$682,000.00** | **2008: Gross income from operation of business.** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Bmw Financial Services**<br>**Po Box 3608**<br>**Dublin, OH 43016** | **2/10**<br>**3/10**<br>**4/10** | **$2,322.00** | **$19,759.00** |
| **GMAC**<br>**POB 380902**<br>**Minneapolis, MN 55438** | **2/10**<br>**3/10**<br>**4/10** | **$2,943.00** | **$40,716.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Creditors Adjustment Bureau, Inc. VS Saridakis Construction, Case no: YC058515** | **Breach Contrct/Warnty** | **Los Angeles Superior Court, Torrance, CA** | **Default Judgment** |
| **Putam Leasing Company Inc. VS Menelaos Saridakis Et Al, case no: BC429536** | **Complaint for Damages: 1. Breach of Contract 2. Quantum Meruit 3. Open Book Account.** | **Superior Court Los Angeles 111 North Hill Street Los Angeles, CA 90012** | **Judgment.** |
| **DCFS Trust vs. Menelaos Saridakis et al, case no: YC061015** | **Comlaint for money: Breach of contract.** | **Superior Court Torrance, CA 117 West Torrance Blvd. Redondo Beach, CA 90277** | **Dismissed** |
| **A & A Concret vs. Lisa Saridakis, Case no: 30-2009/00244521** | **Breach of contract** | **Superior Court of Orange County** | **Judgment** |
| **Lightzone, Inc., A California corporation. vs. Saridakis Construction Inc, A california corporation; Lisa Saridakis, an individual; Menelaos Saridakis, and individual; and DOES 1 through 25, inclusive. Case no: Case no: BC4288843** | **Breach of contract Common count for book accunt Common count for goods sold and delivered at agreed price Common count for account stated Restitution Common count for goods sold and delivered at agreed price Common count for account stated; and Restitution** | **Super Court of State of California County of Los Angeles 111 N. Hill Street Los Angeles, CA 90012** | **Pending judment.** |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kenneth J. Fred Esq. c/o Creditors Adjustment Bureau 14226 Ventura Blvd. Sherman Oaks, CA 91423** | **8/20/09** | **$26,660.76 from bank account.** |

4

**5.  Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **American First Credit**<br>**700 N. Harbor Blvd.**<br>**La Habra, CA 90631** | **2009** | **Lamborghini Murcielago LP640**<br>**Estimated value: $350,000.00** |
| **American First Credit**<br>**700 N. Harbor Blvd.**<br>**La Habra, CA 90631** | **2009** | **Porsche Cayenne Turbo S**<br>**Estimated value: $70,000.00.** |
| **SRA Associates, Inc.**<br>**401 Minnetonka Rd.**<br>**Somerdale, NJ 08083** | **4/2009** | **2008 Mercedes Benz CLK63**<br>**Estimated value $120,000.00** |
| **DCFS Trust**<br>**c/o Macdowell & Associates**<br>**3636 Birch Street, Suite 290**<br>**Newport Beach, CA 92660** | **3/2009** | **2008 CLK Mercedes Benz C65**<br>**Estimated value $90,000.00** |
| **Putnam Leasing Company, Inc., Etc.**<br>**c/o Herzlich & Blum, LLP.**<br>**15760 Ventura Blvd.**<br>**Suite 2024**<br>**Encino, CA 91436** | **2009** | **2006 Ferrari F 430 Spider.**<br>**Estimated value: $190,000.00** |

**6.  Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

5

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Law Offices of Michael Jay Berger** **9454 Wilshire Boulevard** **6th Floor** **Beverly Hills, CA 90212-2929** | **1/6/10** | **$3,500.00** |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Raju Chhabria** **500 Sepulveda #303** **Manhattan Beach, CA 90266** | **March 9, 2010** | **2812 Paseo Del Mar** **Palos Verdes Estates, CA 90274** **Estimated value: $4,200,000.00.** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Bay Cities National Bank** **1333 Pacific Coast HWY** **Redondo Beach, CA 90277** | **Checking account ending in 7438. Final balance. 100.00** | **$100.00 closed on 03/2010** |
| **Bay Cities National Bank** **1333 Pacific Coast HWY** **Redondo Beach, CA 90277** | **Checking account ending in 7594 Final balance 0.00** | **$0.00 closed on 03/2010** |

6

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo<br>PO Box 6995<br>Portland, OR 97228-6995** | **Checkig account ending in 3815** | **Final balance $0.00<br>Closing date: 3/2010** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **asdf** | **111 N. Gunston<br>Los Angeles, CA** | |

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **2812 Paseo Del Mar<br>Palos Verdes Estates, CA 90274** | **Menelaos & Lisa Saridakis** | **2006 to 2009** |

**16.  Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Menelaos K. Saridakis, Husband (separated).
Lisa Saridakis, wife (separated).**

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Saridakis Construction, Inc.** | **8330** | **654 S. Irena Ave. Redondo Beach, CA 90277** | **Construction** | **1986 to present** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

8

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Ron Campbell**<br>**2214 Cabrillo Ave.**<br>**Torrance, CA 90501** | **2004 through 2009** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

9

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                    ADDRESS                                    DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                           DATE AND PURPOSE                         AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                  OF WITHDRAWAL                            OR DESCRIPTION AND
                                                                                VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **April 29, 2010**                    Signature   **/s/ Menelaos Saridakis**
                                                          **Menelaos Saridakis**
                                                          Debtor

Date   **April 29, 2010**                    Signature   **/s/ Lisa Saridakis**
                                                          **Lisa Saridakis**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Central District of California

| In re | **Menelaos Saridakis**<br>**Lisa Saridakis** | | Case No. | **2:10-bk-24580-BR** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **7** |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

Property No. 1

| **Creditor's Name:**<br>**Aleko Smirniotis** | **Describe Property Securing Debt:**<br>**In debtors' principal residence: 2005 Bennington Pontoon Boat. Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two year extension to repay the note.** |
|---|---|

Property will be (check one):
- ☐ Surrendered                        ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

Property No. 2

| **Creditor's Name:**<br>**Aleko Smirniotis** | **Describe Property Securing Debt:**<br>**In debtors' principal residence: 1993 Ski Centurion boat. Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two year extension to repay the note.** |
|---|---|

Property will be (check one):
- ☐ Surrendered                        ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                                                    Page  2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Bmw Financial Services** | **Describe Property Securing Debt:**<br>**In debtors' principal residence:  2008 BMW 1 Series 135i Coupe 2D with 20,000 miles in fair condition. Dent on rear in the right hand side. Leased with BMW Financial with 26 payments left.** |

Property will be (check one):
- ☐ Surrendered               ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**Joint debtor's principal residence:**<br><br>**654 S. Irena Ave**<br>**Redondo Beach, CA 90277**<br><br>**Beds: 5, Baths: 4, Sqft: 4,028, Lot: 6,000** |

Property will be (check one):
- ☐ Surrendered               ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  **Debtors want to retain the collateral and continue with monthly payments**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                                Page  3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**Debtor's principal residence:**<br><br>**607 S. Getruda Ave**<br>**Redondo Beach, CA 90277**<br><br>**Beds: 5, Baths: 5, Sqft: 4,671, Lot: 6,530**<br>**Estimated value per comparable markets** |

Property will be (check one):
    ☐ Surrendered                         ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain  __**Debtor will continue to make the monthly payments**__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                       ■ Not claimed as exempt


| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Don Mosebar** | **Describe Property Securing Debt:**<br>**Investment property located on # 4 Poppy Trail, Rolling Hills**<br>**Estate, CA 90275.** |

Property will be (check one):
    ☐ Surrendered                         ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                       ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                      Page  4

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**GMAC** | **Describe Property Securing Debt:**<br>**In debtors' principal residence: 2008 Chevrolet Silverado 2500 Pickup HD Crew Cab short bed  in good condition with 25,000 miles. No mechanical defects. Financed through GMAC. 42 payments remaining.** |

Property will be (check one):

    ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):

    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ☐ Claimed as Exempt               ■ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**GMAC** | **Describe Property Securing Debt:**<br>**In debors' principal residence: 2007 Denali Yukon with 65,000 in fair condition. Scraped panel on right hand side. No mechanical defects. Leased with GMC with 18 payments left on contract.**<br><br>**Debtors will surrender the vehicle.** |

Property will be (check one):

    ■ Surrendered                   ☐ Retained

If retaining the property, I intend to (check at least one):

    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ☐ Claimed as Exempt               ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                            Page  5

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Harisios Dokas** | **Describe Property Securing Debt:**<br>**In debtors' principal residence: 2001 31' Warlock Cat in poor condition.**<br>**Note matured on 3/2010. Debtor is currently working with creditor on acquiring a two year extension to repay the note.** |

Property will be (check one):
☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                        ■ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Harisios Dokas** | **Describe Property Securing Debt:**<br>**In debtors' principal residence: 2007 Rhino in fair condition.**<br>**Note matured on 3/2010. Debtor is currently working with creditor on acquiring a two year extension to repay the note.** |

Property will be (check one):
☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page  6

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**National Bank of Greece** | **Describe Property Securing Debt:**<br>**Property located at:**<br><br>**#5 Arianthi, Hraklion**<br>**Crete, Greece.** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**Paschalis Koutzmbis** | **Describe Property Securing Debt:**<br>**In debtors' principal residence: 2005 2005 Polaris Quad**<br>**Runner.**<br>**Note matured on 4/2010. Debtor is currently working with**<br>**creditor on acquiring a two year extension to repay the note.** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page  7

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>**Paschalis Koutzmbis** | **Describe Property Securing Debt:**<br>**In debtors' principal residence: 1997 Yamaha Banchee Quad Runners, Property is in debtors name. Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two year extension to repay the note.** |

Property will be (check one):
  ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br>**Paschalis Koutzmbis** | **Describe Property Securing Debt:**<br>**In debtors' principal residence: 1997 Seadoo GS Wave Runner.**<br>**Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two year extension to repay the note.** |

Property will be (check one):
  ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt           ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page  8

| Property No. 15 | |
|---|---|
| **Creditor's Name:**<br>**Paschalis Koutzmbis** | **Describe Property Securing Debt:**<br>**In debtors' principal residence: 2001 Seadoo RX 2 seater**<br>**wave runner. Note matured on 4/2010. Debtor is currently**<br>**working with creditor on another two year extension.** |

Property will be (check one):
    ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 16 | |
|---|---|
| **Creditor's Name:**<br>**Paschalis Koutzmbis** | **Describe Property Securing Debt:**<br>**In debtors' principal residence: 1999 Seadoo Wave Runner**<br>**GSX.  Note matured on 4/2010. Debtor is currently working**<br>**with creditor on acquiring a two-year extension to repay the**<br>**note.** |

Property will be (check one):
    ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt           ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page  9

| Property No. 17 | |
|---|---|
| **Creditor's Name:**<br>**Paschalis Koutzmbis** | **Describe Property Securing Debt:**<br>**In debtors' principal residence: 1996 Yamaha Warrior Fair Quad Runner.**<br>**Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two year extension to repay the note.** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 18 | |
|---|---|
| **Creditor's Name:**<br>**Paschalis Koutzmbis** | **Describe Property Securing Debt:**<br>**In debtors' principal residence: 2000 150 Yamaha Quad.**<br>**Note matured on 4/2010. Debtor is currently working with creditor on acquiring a two year extension to repay the note.** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                     Page 10

| Property No. 19 | |
|---|---|
| **Creditor's Name:**<br>**Platinum Auto Leasing** | **Describe Property Securing Debt:**<br>**In debtor's principal residence: 2006 Range Rover 57,000 miles in fair condition financed through Platinum Auto Leasing. Balloon due on 10/10. Debtor working with creditor to extend the Balloon.** |

Property will be (check one):
    ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 20 | |
|---|---|
| **Creditor's Name:**<br>**Rachida Abou Fadel** | **Describe Property Securing Debt:**<br>**Debtor's principal residence:**<br><br>**607 S. Getruda Ave**<br>**Redondo Beach, CA 90277**<br><br>**Beds: 5, Baths: 5, Sqft: 4,671, Lot: 6,530**<br>**Estimated value per comparable markets** |

Property will be (check one):
    ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain _**Debtor will continue to make monthly payments**_ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt           ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 11

| Property No. 21 | |
|---|---|
| **Creditor's Name:**<br>**William Campbell** | **Describe Property Securing Debt:**<br>**Joint debtor's principal residence:**<br>**654 S. Irena Ave**<br>**Redondo Beach, CA 90277**<br>**Balloon matured: 3/6/2006. Debtor is working with creditor to**<br>**extend the balloon.** |

Property will be (check one):
    ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain  **Debtor will continue to make monthly payments**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                     ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES     ☐  NO |

B8 (Form 8) (12/08)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __**April 29, 2010**_____     Signature  __**/s/ Menelaos Saridakis**_____

                                                    **Menelaos Saridakis**
                                                    Debtor


Date  __**April 29, 2010**_____     Signature  __**/s/ Lisa Saridakis**_____

                                                    **Lisa Saridakis**
                                                    Joint Debtor

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                                         **1998 USBC, Central District of California**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **CENTRAL DISTRICT OF CALIFORNIA** | |
| In re <br> **Menelaos Saridakis** <br> **Lisa Saridakis** <br><br> Debtor. | Case No.: **2:10-bk-24580-BR** <br><br> **DISCLOSURE OF COMPENSATION** <br> **OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................  $ _____3,500.00

   Prior to the filing of this statement I have received ......................  $ _____3,500.00

   Balance Due ....................................................................................  $ _____0.00

2. $ __299.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)                1998 USBC, Central District of California

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

| | |
|---|---|
| **CERTIFICATION** | |

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **April 29, 2010** | **/s/ Michael Jay Berger** |
|---|---|
| *Date* | **Michael Jay Berger 100291** |
| | *Signature of Attorney* |
| | **Law Offices of Michael Jay Berger** |
| | *Name of Law Firm* |
| | **9454 Wilshire Boulevard** |
| | **6th Floor** |
| | **Beverly Hills, CA 90212-2929** |
| | **(310) 271-6223  Fax: (310) 271-9805** |

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar No. | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**9454 Wilshire Boulevard**<br>**6th Floor**<br>**Beverly Hills, CA 90212-2929**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar No.: **100291**<br><br>*Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Menelaos Saridakis**<br>**Lisa Saridakis** | CHAPTER __7__<br><br>CASE NUMBER **2:10-bk-24580-BR** |
|---|---|
| Debtor. | (No Hearing Required) |

### DECLARATION RE: LIMITED SCOPE OF APPEARANCE
### PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.    I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.    On *(specify date)*  __1/6/10__ , I agreed with the Debtor that for a fee of $ __3,500.00__ , I would provide only the following services:

   a.  ■    Prepare and file the Petition and Schedules

   b.  ■    Represent the Debtor at the 341(a) Hearing

   c.  ☐    Represent the Debtor in any relief from stay actions

   d.  ☐    Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

   e.  ☐    Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

   f.  ☐    Other *(specify)*:

3.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated:    **April 29, 2010**    | **Law Offices of Michael Jay Berger**
_____
*Law Firm Name*

I HEREBY APPROVE THE ABOVE:

By:    **/s/ Michael Jay Berger**
_____

**/s/ Menelaos Saridakis**    
*Signature of Debtor*    Name:    **Michael Jay Berger 100291**
*Attorney for Debtor*

**/s/ Lisa Saridakis**
*Signature of Joint Debtor*

---

*Rev. 1/01* This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California    **F 2090-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

February 2006                                                    2006 USBC Central District of California

### United States Bankruptcy Court
### Central District of California

| In re | Menelaos Saridakis<br>Lisa Saridakis | | Case No. | **2:10-bk-24580-BR** |
|-------|----------|----------|----------|----------|
| | | Debtor(s) | Chapter | **7** |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I,   **Menelaos Saridakis**  , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

■   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I,   **Lisa Saridakis**  , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

■   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  **April 29, 2010**            Signature   **/s/ Menelaos Saridakis**
                                                **Menelaos Saridakis**
                                                Debtor

Date  **April 29, 2010**            Signature   **/s/ Lisa Saridakis**
                                                **Lisa Saridakis**
                                                Joint Debtor

B22A (Official Form 22A) (Chapter 7) (04/10)

| | |
|---|---|
| In re **Menelaos Saridakis**<br>**Lisa Saridakis**<br>Debtor(s)<br>Case Number: **2:10-bk-24580-BR**<br>(If known) | According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):<br>☐ **The presumption arises.**<br>■ **The presumption does not arise.**<br>☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>     a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐ I remain on active duty /or/<br>        ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>        OR<br><br>     b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (04/10)    2

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
|---|---|---|---|

| | | Column A<br>Debtor's Income | Column B<br>Spouse's Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 0.00 | $ 0.00 |

| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ 26,349.55 | $ 4,166.67 |
| b. | Ordinary and necessary business expenses | $ 23,943.34 | $ 3,333.33 |
| c. | Business income | Subtract Line b from Line a | |

| | | | $ 2,406.22 | $ 833.33 |
|---|---|---|---|---|

| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ 0.00 | $ 0.00 |
| b. | Ordinary and necessary operating expenses | $ 0.00 | $ 0.00 |
| c. | Rent and other real property income | Subtract Line b from Line a | |

| | | | $ 0.00 | $ 0.00 |
|---|---|---|---|---|

| 6 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ 0.00 | $ 0.00 |

| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ 0.00   Spouse $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | | $ | $ |
| b. | | $ | $ |
| Total and enter on Line 10 | | $ 0.00 | $ 0.00 |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ 2,406.22 | $ 833.33 |
|---|---|---|---|

B22A (Official Form 22A) (Chapter 7) (04/10)                                                                                              3

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ | **3,239.55** |
|---|---|---|---|

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ | **38,874.60** |
|---|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>　a. Enter debtor's state of residence:　　**CA**　　b. Enter debtor's household size:　　**2** | $ | **64,647.00** |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>　■ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the<br>　　top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>　□ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. | | |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ |
|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |

| a. | | $ |
|---|---|---|
| b. | | $ |
| c. | | $ |
| d. | | $ |

| | Total and enter on Line 17 | $ |
|---|---|---|
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|
| 19B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Household members under 65 years of age | | Household members 65 years of age or older | | |
|---|---|---|---|---|
| a1. | Allowance per member | | a2. | Allowance per member | |
| b1. | Number of members | | b2. | Number of members | |
| c1. | Subtotal | | c2. | Subtotal | $ |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

B22A (Official Form 22A) (Chapter 7) (04/10)                                                                                    4

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.**  Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  **Do not enter an amount less than zero.** | |
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| 21 | **Local Standards: housing and utilities; adjustment.**  If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: <br><br> _____ | $ |

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** <br> You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. <br><br> Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. <br><br> ☐ 0   ☐ 1   ☐ 2 or more. <br><br> If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 22B | **Local Standards: transportation; additional public transportation expense.**  If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br><br> ☐ 1   ☐ 2 or more. <br><br> Enter, in Line a below,  the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**  Complete this Line only if you checked the "2 or more" Box in Line 23. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.  **Do not enter an amount less than zero.** | |
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |

| 26 | **Other Necessary Expenses: involuntary deductions for employment.**  Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |

B22A (Official Form 22A) (Chapter 7) (04/10)                                                                                 5

| | | |
|---|---|---|
| 27 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself.  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.**  Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.**  Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.**  Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.**  Enter the total of Lines 19 through 32. | $ |

| **Subpart B: Additional Living Expense Deductions** |
|---|
| **Note: Do not include any expenses that you have listed in Lines 19-32** |

| | | | |
|---|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.**  List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | |
| | a. | Health Insurance | $ |
| | b. | Disability Insurance | $ |
| | c. | Health Savings Account | $ |
| | Total and enter on Line 34.<br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br>$_____ | | $ |
| 35 | **Continued contributions to the care of household or family members.**  Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.**  Enter the total average monthly expenses that you actually incur, not to exceed $147.92[*] per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to casses commenced on or after the date of adjustment.

B22A (Official Form 22A) (Chapter 7) (04/10)                                                                                 6

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |

| | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
| |---|---|---|---|---|---|
| | a. | | | $ | ☐yes ☐no | |
| | | | | Total: Add Lines | | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |

| | | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
| |---|---|---|---|---|
| | a. | | | $ | |
| | | | | Total: Add Lines | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

| | a. | Projected average monthly Chapter 13 plan payment. | $ | |
| |---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

B22A (Official Form 22A) (Chapter 7) (04/10)                                                           7

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. |
|---|---|
| | ☐ **The amount on Line 51 is less than $7,025**\*. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. |
| | ☐ **The amount set forth on Line 51 is more than $11,725\*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. |
| | ☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). |

| 53 | Enter the amount of your total non-priority unsecured debt | $ |
|---|---|---|

| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
|---|---|---|

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. |
|---|---|
| | ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. |
| | ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
|---|---|

Date:   __April 29, 2010__                         Signature:   **/s/ Menelaos Saridakis**
                                                                **Menelaos Saridakis**
                                                                *(Debtor)*

Date:   __April 29, 2010__                         Signature   **/s/ Lisa Saridakis**
                                                                **Lisa Saridakis**
                                                                *(Joint Debtor, if any)*

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B22A (Official Form 22A) (Chapter 7) (04/10)                                                                           8

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **10/01/2009** to **03/31/2010**.

**Line 4 - Income from operation of a business, profession, or farm**
Source of Income: **Business operation**
Income/Expense/Net by Month:

|              | Date    | Income       | Expense      | Net           |
|--------------|---------|--------------|--------------|---------------|
| 6 Months Ago: | 10/2009 | $4,100.00    | $180.59      | $3,919.41     |
| 5 Months Ago: | 11/2009 | $47,180.35   | $52,208.38   | $-5,028.03    |
| 4 Months Ago: | 12/2009 | $68,079.34   | $51,539.80   | $16,539.54    |
| 3 Months Ago: | 01/2010 | $37,537.62   | $24,690.15   | $12,847.47    |
| 2 Months Ago: | 02/2010 | $1,200.00    | $15,041.10   | $-13,841.10   |
| Last Month:   | 03/2010 | $0.00        | $0.00        | $0.00         |
| Average per month: | | $26,349.55   | $23,943.34   |               |
| | | | Average Monthly NET Income: | $2,406.22 |

B22A (Official Form 22A) (Chapter 7) (04/10)                                                                                              9

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **10/01/2009** to **03/31/2010**.

**Line 4 - Income from operation of a business, profession, or farm**
Source of Income: **Business operation**
Income/Expense/Net by Month:

|  | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 10/2009 | $5,000.00 | $4,000.00 | $1,000.00 |
| 5 Months Ago: | 11/2009 | $5,000.00 | $4,000.00 | $1,000.00 |
| 4 Months Ago: | 12/2009 | $5,000.00 | $4,000.00 | $1,000.00 |
| 3 Months Ago: | 01/2010 | $5,000.00 | $4,000.00 | $1,000.00 |
| 2 Months Ago: | 02/2010 | $5,000.00 | $4,000.00 | $1,000.00 |
| Last Month: | 03/2010 | $0.00 | $0.00 | $0.00 |
| | Average per month: | $4,166.67 | $3,333.33 | |
| | | | Average Monthly NET Income: | $833.33 |

Verification of Creditor Mailing List - (Rev. 10/05)                                         2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **Michael Jay Berger 100291**

Address   **9454 Wilshire Boulevard 6th Floor Beverly Hills, CA 90212-2929**

Telephone **(310) 271-6223 Fax: (310) 271-9805**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years: **Menelaos Saridakis** **Lisa Saridakis** **DBA Saridakis Construction, Inc.** **AKA Lisa White; DBA Saridakis Construction, Inc.** | Case No.:     **2:10-bk-24580-BR** |
| | Chapter:     **7** |
| | |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __7__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  **April 29, 2010**                    **/s/ Menelaos Saridakis**
                                              **Menelaos Saridakis**
                                              Signature of Debtor

Date:  **April 29, 2010**                    **/s/ Lisa Saridakis**
                                              **Lisa Saridakis**
                                              Signature of Debtor

Date:  **April 29, 2010**                    **/s/ Michael Jay Berger**
                                              Signature of Attorney
                                              **Michael Jay Berger 100291**
                                              **Law Offices of Michael Jay Berger**
                                              **9454 Wilshire Boulevard**
                                              **6th Floor**
                                              **Beverly Hills, CA 90212-2929**
                                              **(310) 271-6223   Fax: (310) 271-9805**